ANNA M. CARKNER, Appellant, *v.* GEORGE H. STROKES, et al., Respondents.

WALTER R. CARKNER, Appellant, *v.* GEORGE H. STROKES et al., Respondents.

Submitted May 14, 1951; decided May 24, 1951.

*Malcolm G. Bibby* for motion.

No one opposed.

Motion denied, without prejudice to an application for relief under rule 1 of the Rules of the Court of Appeals.